### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Case No. 1:19-cr-00325-WJM-2

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. JOSE ANTONIO CORRAL,
**2. GIL SANTINI JESUS OTHON,**
3. CYNTHIA DAWN ALLEN,
4. CARLTON LEROY ALLEN, and
5. ASNLEY NAOMI RANEE REDE,

     Defendants.

---

### NOTICE OF DISPOSITION

---

Gil Santini Jesus Othon, through undersigned counsel A. Tyrone Glover, informs the Court that the parties have reached a disposition in this matter and respectfully requests the case be set for a Change of Plea Hearing.

Dated: July 24, 2020.

Respectfully submitted,

*s/ A. Tyrone Glover*
A. Tyrone Glover
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:  720.689.8909
Email:   glover@sslhlaw.com

*Counsel for Gil Santini Jesus Othon*

**Certificate of Service**

I certify that on July 24, 2020, I electronically filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Peter McNeilly
U.S. Attorney's Office – District of Colorado
1801 California Street, Ste. 1600
Denver, CO 80202
(303) 454-0100
Peter.mcneilly@usdoj.gov

*s/ Brenda Rodriguez*
Brenda Rodriguez